IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**LARRY TOSE**                                                                                       **PLAINTIFF**

**v.**                              **CASE NO. 2:20-CV-00058-BSM**

**LIBERTY MUTUAL INSURANCE COMPANY,** *et al.*                        **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 7th day of March, 2022.

                                                _____
                                                UNITED STATES DISTRICT JUDGE